UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JACQUELINE JACKSON** | **CASE NO. 3:21-CV-03017** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **VICTOR ZORDAN ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation [Doc. No. 24] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 14] is **GRANTED IN PART** and **DENIED IN PART**. To the extent that Defendants seeks dismissal of the claims against Chief Victor Zordan ("Chief Zordan"), Timothy Antley ("Antley"), and Robert Simms ("Simms") for lack of proper service, **IT IS ORDERED** that Defendants' Motion is **GRANTED**, and Plaintiff's claims against Chief Zordan in his official capacity and Simms and Antley in their individual capacities are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claims against Simms and Antley in their official capacities are **DISMISSED WITHOUT PREJUDICE,** with the exception of any punitive damages claims against them, which are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's (1) *Monell* and punitive damages against the City; (2) claims for bystander liability; (3) claims of

conspiracy; (4) claims against Defendant Timothy Crum in his official and individual capacity; and (7) claims for punitive damages against any Defendant under state law are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the Court declines to exercise supplemental jurisdiction and **DISMISSES WITHOUT PREJUDICE** Plaintiff's remaining state law claims.

THUS, DONE in Chambers on this 30th day of August 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE